IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| United States of America, | ) | CRIMINAL NO. 4:97-354-CMC |
| | ) | |
| v. | ) | **OPINION and ORDER** |
| | ) | |
| Mark Lewis, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on Defendant's *pro se* application for relief under 28 U.S.C. § 2241. ECF No. 50. Defendant contends that the United States Bureau of Prisons (BOP) is requiring that he pay restitution, the order for which he believes has been satisfied.[1] Defendant seeks relief from this court in the form of an order notifying BOP that he has satisfied his restitution obligation via his previous period of incarceration. The Government has responded in opposition. ECF No. 55. Defendant has replied to the Government's response, ECF No. 58, and this matter is ripe for resolution.

For the reasons noted by the Government, with which this court agrees and adopts, this court is without jurisdiction to entertain this § 2241 petition. Therefore, the petition is dismissed without prejudice.[2]

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
August 14, 2012

---

[1] Defendant is currently serving a sentence of eighty (80) months' imprisonment ordered by another Judge of this District. *See United States v. Lewis*, D.S.C. Cr. No. 4:09-949-RBH.

[2] All other pending motions filed by Defendant are hereby moot.

1